United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Alejandro De Jesus Gonzales Caal, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2771 |
| | § | |
| Grant Dickey, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Notice of Removal indicating that Petitioner Alejandro De Jesus Gonzales Caal has been removed from the United States to Guatemala. Doc. 14; *see also* Doc. 14-1 (Declaration of Deportation Officer).

Petitioner's removal renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his removal.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 27th of August, 2026.

Nicholas J. Ganjei
United States District Judge